PRINCE HALL MASONIC BUILDING ASSOCIATION, a Corporation, *Appellant,* vs. D. LEE, W. C. FOSTER COMPANY, a corporation, W. V. KNOTT as Treasurer of the State of Florida, and THE CITY OF JACKSONVILLE, a Municipal Corporation in Duval County, Florida, *Appellees.*

140 So. 193.

Special Division B.

Decision filed March 10, 1932.

*McGill & McGill,* for Appellant;

*Austin Miller* and *Emmet Safay,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Order herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said Order; it is, therefore, considered, ordered and adjudged by the Court that the said Order of the Circuit Court be, and the same is hereby affirmed.

BUFORD, C.J., AND TERRELL, J., AND KOONCE, Circuit Judge, concur.